IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

| | | |
|---|---|---|
| PRINCE McLAURIN, | * | |
| | * | |
| Plaintiff, | * | |
| v. | * | |
| | * | |
| CAROLYN W. COLVIN, Acting | * | No.  3:14CV00025-JJV |
| Commissioner, Social Security | * | |
| Administration, | * | |
| | * | |
| Defendant. | * | |

**ORDER**

Before the Court is Plaintiff's Application for Attorney's Fees pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412.  The Commissioner responded and offered no objection to the fees requested.  So, after careful consideration of the Motion and Response, the Court finds:

1.   The hours spent by counsel were reasonable.  Therefore the Court approves attorney fees and costs in the amount of  $3,063.00 (14.25 attorney hours at $191 per hour and 4.55 paralegal hours at $75 per hour) and $20.07 in expenses.

2.   The EAJA fee award is payable to Plaintiff and mailed to Plaintiff's counsel, but subject to any offset to satisfy any pre-existing debt owed to the United States.  *Astrue v. Ratliff*, 560 U.S. 586 (2010).

3.   Defendant shall certify said award and pay this amount.

IT IS SO ORDERED this 14th day of November, 2014.

_____
JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE